# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿August 30, 2016＿＿＿

*The Court of Appeals hereby passes the following order:*

## A16A1439.  STAPLETON v. BUTLER et al.

This Court granted the application for discretionary appeal filed by Francois D. Stapleton, seeking review of the superior court's order affirming the Department of Labor Board of Review's decision to deny her unemployment benefits. Following our review of the record, applicable case law and statutory provisions, we have determined that the application was improvidently granted.

The order granting the application is therefore vacated, and the appeal is accordingly **DISMISSED**.[1]



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*＿＿＿08/30/2016＿＿＿
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

＿＿＿＿＿＿＿＿*Stephen E. Castlen*＿＿＿＿＿＿＿ *, Clerk.*

---

[1] See generally *Rollins v. Rollins*, 266 Ga. 597 (468 SE2d 384) (1996); *Vulcan Materials Co. v. Upshaw*, 197 Ga. App. 604 (399 SE2d 584) (1990); *Morgan v. Gen. Motors Acceptance Corp.*, 167 Ga. App. 404 (307 SE2d 137) (1983).